**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 13, 2016

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Re: *United States* v. *Nico Burrell* et al.,
> S2 15 Cr. 95 (AJN)

Dear Judge Nathan:

The Government respectfully submits this letter to provide certain information in connection with the pretrial conferences scheduled for October 20, 2016.

*First*, the Government has spoken with the United States Marshals' Service (the "Marshals"), which requests that each proceeding that day contain no more than 10 defendants, for staffing and safety purposes.

*Second*, the Government advises that the defendant Oneil Dasilva has requested to appear in person. As the Court is aware, Dasilva is in a rehabilitation center recovering from a gunshot wound. The Marshals will facilitate that appearance but ask that Dasilva's conference take place as early in the day as possible.

*Third*, and finally, the Government provides an updated list below of those defendants remaining in the case who are expected to appear at the conferences, divided according to the designations proposed in the Government's severance motion:

**Proposed Group A**

1. Mark Williams
2. Abdullah Yoda
3. Kenneth Ruggs
4. Calvin Ruggs
5. Hakeem Campbell
6. Richard Phillips

7.  Michael Francis
8.  Lamar Francis
9.  Dante Stephens
10. Shaquille John
11. Okeifa John
12. Michael Redley
13. Richard Montague[1]
14. Rai Thomas
15. Shanice John
16. Ricardo Burgess

**Proposed Group B**

1.  Nico Burrell
2.  Douglas Mclarty
3.  Martin Mitchell
4.  Donque Tyrell
5.  Gerard Bass
6.  Dominick Sherland
7.  Barffour Abeberse
8.  Mashud Yoda
9.  Anderson Ross
10. Anthony King
11. Quaysean Cannonier
12. Tayquan Tucker
13. William Reid
14. Marlon Roberts
15. Fabion Morrison
16. Shaquille Dewar
17. Desean Bennett
18. Jafar Borden
19. Jose Rodriguez
20. Shavon Wright
21. Rasheid Butler
22. Brian Richards
23. Devante Joseph
24. James Pilgrim
25. Michelle Jemison
26. Ivanjoel Aryeetey
27. Jamal Blair
28. Oneil Dasilva
29. Shane Bennett
30. David Jones

---

[1] Richard Montague is scheduled to plead guilty before Your Honor on Wednesday, October 19th. If that plea is accepted by the Court, Montague will no longer need to attend the conference.

31. Ricardo Stewart
32. Shawn Reid
33. Carletto Allen
34. Dominique Bass

Respectfully submitted,

PREET BHARARA
United States Attorney

By: ____/s/_____
     Rachel Maimin
     Micah W.J. Smith
     Hagan Scotten
     Jessica Feinstein
     Drew Johnson-Skinner
     Assistant United States Attorneys
     (212) 637-2460

cc:  All defense counsel