UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Nico Burrell, et al.,

Defendants.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court will hold three pre-trial conferences on October 20, 2016, in the above matter, at 10:00 a.m., 12:00 p.m., and 2:00 p.m., in Courtroom 318 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY.

On or before Monday, October 17, 2016, the Government shall submit three proposed groupings of defendants (one grouping for each of the above conferences), with each containing no more than 17 defendants. The Court further notes that it has confirmed with the United States Marshal Service that such groupings are not infeasible for staffing and safety purposes.

In advance of the October 20 conference, the Government is ORDERED to consult with defense counsel and agree to joint proposed schedules for pre-trial motions as well as joint proposed trial dates.

SO ORDERED.

Dated: October 14, 2016
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1